UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division – In Admiralty

IN THE MATTER OF THE COMPLAINT
OF DIVINE MERCY, LLC                    Civil Action No. 4:17-cv-00077-D
AS OWNER OF THE FISHING VESSEL
DIVINE MERCY

## DISMISSAL ORDER

This day came the parties and represented to the Court that all disputes between them in this action have been settled and resolved. It therefore appearing to the Court that this matter ought to be dismissed, with prejudice, all parties to bear their own costs, and it further appearing that limitation plaintiff has posted security in the form of a Stipulation for Costs as required by the Rules of this Court and further posted a Letter of Undertaking on Behalf of Sunderland Marine Insurance Company Limited security for its interest in the value of the vessel as required by 46 U.S.C. § 30501 and Supplemental Rule F(1) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. This matter is dismissed, with prejudice, each party to bear its own costs; and

2. The Clerk of the Court shall mark both the Stipulation for Costs and the Letter of Undertaking on Behalf of Sunderland Marine Insurance Company Limited as "cancelled," and provide a copy of each so marked to David N. Ventker, Esq., counsel for limitation plaintiff. The Clerk shall also refund the sum of $500.00 posted as security for costs by limitation plaintiff in the form of a check made payable to "David N. Ventker, Esq., counsel for DIVINE MERCY, LLC."

3. The Court shall maintain jurisdiction to enforce the settlement agreements referred to herein.

The Clerk is directed to provide certified copies of this Order to all counsel of record.

1

IT IS SO ORDERED. This **27** day of November 2018.

       ENTERED:

*JAMES C. DEVER III*
United States District Judge

WE ASK FOR THIS:

David N. Ventker (VSB No. 29983) (NC Bar 26028)
Marissa M. Henderson (VSB No. 44156) (NC Bar 46822)
Ventker Henderson, PLLC
256 West Freemason Street
Norfolk, Virginia 23510
Telephone: 757.625.1192
Facsimile: 757.625.1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com

*Counsel for Divine Mercy, LLC*

SEEN AND AGREED:

William G. Wright
Gary K. Shipman
Shipman & Wright, LLP
575 Military Cutoff, Suite 106
Wilmington, North Carolina 28405
Telephone: (910) 762-1990
Facsimile: (910) 762-6752
wwright@shipmanlaw.com
gshipman@shipmanlaw.com

*Counsel for Rafael Olmos*